**No. 46567.**—Protests 929762–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the atomizers in question are the same as those the subject of Abstract 44140 they were held dutiable at 60 percent under paragraph 218 (f) as claimed.

**No. 46568.**—Protest 68775–K of Strauss-Eckardt Co., Inc. (Baltimore).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

**No. 46569.**—Protest 925193–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the kazoos in question are similar to those the subject of Abstracts 44122 and 32264. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 46570.**—Protest 17570–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the siren whistles in question are in chief value of metal. In accordance therewith the claim at 45 percent under paragraph 397 was sustained. Abstracts 39948 and 40480 followed.

**No. 46571.**—Protest 31164–K of H. W. Robinson & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel wool yarn in one particular case (No. 30557) was held dutiable at 40 cents per pound and 30 percent ad valorem under paragraph 1107 and T. D. 49753 as claimed.

**No. 46572.**—Protest 58398–K of American Import Co. (Seattle).

Opinion by OLIVER, P. J. At the trial it was agreed between counsel that the trays in question are in chief value of wood. The claim at 33⅓ percent under paragraph 412 was therefore sustained.